# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2016

Robert P. Young, Jr.,
Chief Justice

153786(96)(98)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* HICKS/BROWN, Minors.

SC: 153786
COA: 328870
Wayne CC Family Division:
12-506605-NA

_____/

On order of the Chief Justice, the joint motion of the National Disability Rights Network, American Civil Liberties Union of Michigan, The Arc Michigan, and The Arc of the United States to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 28, 2016, is accepted for filing. On further order of the Chief Justice, the motion of the National Association of Counsel for Children to file a brief amicus curiae and to extend the time for doing so is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before October 31, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2016



Clerk